IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| STEVE RAMON,<br>        *Plaintiff,*<br><br>*v.*<br><br>HENRY GARZA, SEAN PROCTOR,<br>KELSEY HOXSEY<br>        *Defendants.* | § § § § § § § § § § § | 6:23-CV-00076-ADA |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 16. The report recommends Defendants Henry Garza and Sean Proctor's Motion to Dismiss (ECF No. 11) be **GRANTED**. The report and recommendation was filed on October 18, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

 **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 16) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants Henry Garza and Sean Proctor's Motion (ECF No. 11) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Steve Ramon's claims against Defendants Henry Garza and Sean Proctor are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of Court is respectfully directed to dismiss Defendants Henry Garza and Sean Proctor from the above-captioned case.

**IT IS FINALLY ORDERED** that Plaintiff Steve Ramon shall be given a "strike" for purposes of the three strikes list.

**SIGNED** this 3rd day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE