UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| STEVE RAMON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. W-23-CV-00076-ADA |
| § | |
| HENRY GARZA, SEAN PROCTOR, § | |
| KELSEY HOXSEY, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 17. The report recommends that Plaintiff Steve Ramon's claims against Defendant Kelsey Hoxsey be **DISMISSED WITHOUT PREJUDICE** for failure to make timely service. The report and recommendation was filed on November 2, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, no party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 17) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Steve Ramon's claims against Defendant Kelsey Hoxsey are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to close the case.

**SIGNED** this 17th day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE